ENTERED JAN 3 0 2015]

A True Copy

Attest: *[signature]*

STATE OF MAINE
CUMBERLAND, SS

SUPERIOR COURT
UNIFIED CRIMINAL COURT
DOCKET NO. CUMCD-CR-2014-2404

*RAC-CUM-01-20-15*

| | | |
|---|---|---|
| STATE OF MAINE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| NATHANIEL OHMAN, | ) | |
| | ) | |
| Defendant | ) | |

It is hereby ordered that Defendant's Motion to Suppress is hereby:

_____ GRANTED

___✓ DENIED

*controlling*

Dated: ___1-20-15___

*Afford State v Lemieux 662 A2d 211 (me 1995)*

_____
Judge/Justice, Unified Criminal Court

2

STATE OF MAINE
  vs
NATHANIEL L OHMAN
2!   EDERAL STREET
ALFRED ME 04002

CRIMINAL DOCKET
CUMBERLAND, ss.
Docket No  CUMCD-CR-2014-02404

DOCKET RECORD

DOB: 01/10/1992
Attorney: MICHAEL WHIPPLE                State's Attorney: STEPHANIE ANDERSON
         HALLETT WHIPPLE PA
         75 MARKET ST SUITE 502
         PO BOX 7508
         PORTLAND ME 04112-7508
         RETAINED 05/08/2014

Filing Document: CRIMINAL COMPLAINT        Major Case Type: MISDEMEANOR (CLASS D,E)
Filing Date: 04/18/2014

## Charge(s)

1   OPERATING UNDER THE INFLUENCE         04/16/2014 WESTBROOK
Seq 11493 29-A  2411(1-A)(A)       Class D
  SMITH                / WES

2   VIOLATING CONDITION OF RELEASE       04/16/2014 WESTBROOK
Seq 9632  15    1092(1)(A)        Class E
  SMITH                / WES

## Docket Events:

04/18/2014 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 04/18/2014

04/18/2014 Charge(s): 1,2
       HEARING -  ARRAIGNMENT SCHEDULED FOR 04/18/2014 at 01:00 p.m. in Room No.  1

       NOTICE TO PARTIES/COUNSEL
04/23/2014 Charge(s): 1,2
       HEARING -  ARRAIGNMENT HELD ON 04/18/2014
       JOHN H ONEIL JR, JUDGE
       DA:  ROBERT ELLIS
       DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS        TAPE #5911
04/23/2014 Charge(s): 1,2
       PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 04/18/2014

04/23/2014 BAIL BOND -  CASH BAIL BOND SET BY COURT ON 04/18/2014
       JOHN H ONEIL JR, JUDGE
       $1,000. OR $750. W/ MPS CONTRACT
04/23/2014 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 06/26/2014 at 10:00 a.m. in Room No.  7

04/23/2014 TRIAL -  JURY TRIAL SCHEDULED FOR 07/28/2014 at 08:30 a.m. in Room No.  11

       NOTICE TO PARTIES/COUNSEL
04/23/2014 MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 04/18/2014

04/23/2014 MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 04/18/2014
       JOHN H ONEIL JR, JUDGE

COPY TO PARTIES/COUNSEL
04,_-/2014 Party(s): NATHANIEL L OHMAN
ATTORNEY - APPOINTED ORDERED ON 04/18/2014


Attorney: MICHELLE DOLLEY
05/08/2014 Party(s): NATHANIEL L OHMAN
ATTORNEY - RETAINED ENTERED ON 05/08/2014


Attorney: MICHAEL WHIPPLE
05/08/2014 OTHER FILING - PRETRIAL SERVICES CONTRACT FILED ON 05/08/2014


05/12/2014 OTHER FILING - PRETRIAL SERVICES CONTRACT APPROVED ON 05/12/2014
WILLIAM BRODRICK , JUSTICE
05/13/2014 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 05/13/2014


Attorney: MICHELLE DOLLEY
05/14/2014 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 05/13/2014
WILLIAM BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL
05/14/2014 Party(s): NATHANIEL L OHMAN
ATTORNEY - WITHDRAWN ORDERED ON 05/14/2014


Attorney: MICHELLE DOLLEY
05/15/2014 BAIL BOND - $750.00 CASH BAIL BOND FILED ON 05/15/2014


Bail Receipt Type: CR
Bail Amt: $750
                              Receipt Type: CK
Date Bailed: 05/12/2014       Prvdr Name: CYNTHIA  OHMAN
                              Rtrn Name: CYNTHIA  OHMAN
3RD PARTY DOB 12-3-66
              409
06/13/2014 LETTER - FROM PARTY FILED ON 06/13/2014


Attorney: MICHAEL WHIPPLE
ENTRY OF APPEARANCE.
06/13/2014 HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 06/13/2014


06/27/2014 HEARING - DISPOSITIONAL CONFERENCE HELD ON 06/26/2014
MARY KELLY , JUDGE
Attorney: MICHAEL WHIPPLE
DA: JULIA SHERIDAN
CASE UNRESOLVED. MOTION FILED AND SET 7-15-14. PARTIES NOTIFIED.
06/27/2014 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/26/2014


Attorney: MICHAEL WHIPPLE
AND TO DISMISS
06/27/2014 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 07/15/2014 at 01:00 p.m. in Room No. 1


NOTICE TO PARTIES/COUNSEL
06/27/2014 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 06/27/2014


07    2014 HEARING - MOTION TO SUPPRESS HELD ON 07/15/2014

ROLAND A COLE , JUSTICE
Attorney:  MICHAEL WHIPPLE
DA:   JULIA SHERIDAN
Defendant Present in Court

TAPE 6181 INDEX 1685                                    STATE CALLS
OFF. DOUGLASS MORIN; STATE RESTS. DEFENSE RESTS.
07/16/2014 CASE STATUS -  CASE FILE LOCATION ON 07/16/2014
         DANIELLE  MERRILL , ASSISTANT CLERK
         AT DANIELLES DESK
07/22/2014 OTHER FILING -  MEMORANDUM OF LAW FILED ON 07/22/2014

         Attorney:  MICHAEL WHIPPLE
         MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION TO SUPPRESS
07/25/2014 BRIEF -  STATES BRIEF FILED ON 07/25/2014

         DA:  JULIA SHERIDAN
         STATES POST-HEARING BRIEF IN OPPOSITION TO MOTION TO SUPPRESS
07/25/2014 TRIAL -  JURY TRIAL CONTINUED ON 07/25/2014

01/22/2015 CASE STATUS -  CASE FILE RETURNED ON 01/22/2015

01/22/2015 MOTION -  MOTION TO SUPPRESS DENIED ON 01/20/2015
         ROLAND A COLE , JUSTICE
         COPY TO PARTIES/COUNSEL
                                            FIND STATE VS. LEMIEUX
01' '2015 TRIAL -  JURY TRIAL SCHEDULED FOR 02/23/2015 at 08:30 a.m. in Room No.  11

         NOTICE TO PARTIES/COUNSEL
01/22/2015 TRIAL -  JURY TRIAL NOTICE SENT ON 01/22/2015

A TRUE COPY
ATTEST:  _____
                  Clerk